■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. KENNETH MARVIN KLEIN, Admitted on March 22, 1965, at a Term of the Appellate Division, First Department. [716 NYS2d 556] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 247 AD2d 158.]

(October 5, 2000)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST BROWN, Also Known as ERNEST GILLARD, Appellant. [713 NYS2d 872] —Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered May 15, 1997, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him, a second violent felony offender, to a term of 5 years with a final order of protection, unanimously modified, on the law, to the extent of vacating the final order of protection, and otherwise affirmed.

As conceded by the People, under the version of CPL 530.13 (4) in effect at the time in question, the court had no authority to issue a final order of protection in favor of a witness rather than a victim. While the witness was also the complainant in a separate case against defendant, that case had been dismissed. Concur—Mazzarelli, J. P., Ellerin, Wallach, Rubin and Saxe, JJ.